UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------x
:
BIOREFERENCE HEALTH, LLC,                                         :
:       Civil Action No. 2:22-cv-04912-
                Plaintiff,   :       EP-CLW
:
    - against -                                            :
:       **JUDGMENT**
:
STATLAB MOBILE, LLC,                                              :
:
                Defendant.   :
:
------------------------------------------------------------------x

       WHEREAS, plaintiff BioReference Health, LLC ("BioReference") commenced this action by filing a Summons and Complaint on August 4, 2022; and

       WHEREAS, BioReference filed an Affidavit of Service on August 18, 2022, indicating defendant StatLab Mobile, LLC ("StatLab") was personally served with the Summons and Complaint on August 9, 2022; and

       WHEREAS, StatLab has not responded to the Summons and Complaint nor filed an appearance in the action, and StatLab's time to answer or move respecting the Complaint has expired;

       WHEREAS, the Clerk of Court entered StatLab's default on September 19, 2022, for failure to plead or otherwise defend;

       WHEREAS, plaintiff BioReference seeks entry of default judgment against defendant StatLab pursuant to FRCP 55(b)(1) for a sum certain;

       NOW THEREFORE, on application of plaintiff BioReference and the Affidavit of Les Gough,

IT IS HEREBY ADJUDGED that plaintiff's Application for Default Judgment is granted; and it is further

ADJUDGED that plaintiff BioReference, 481 Edward H. Ross Dr., Elmwood Park, New Jersey 07407-3128, has judgment and shall recover from defendant StatLab Mobile, LLC, 12222 SW 51st Pl., Davie, FL 33330, the sum of $564,527.33, ~~with interest thereon from August 31, 2022, at three and nine-tenths of a percent (3.9%) as calculated by the Clerk in the amount of $_____, for a total sum of $_____~~, and plaintiff BioReference shall have execution thereon.

ENTERED:

_____
Evelyn Padin, U.S.D.J.

Dated: October 28, 2022
       Newark, New Jersey

2

3685791.1